# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JONATHAN BARRIS, | : | No. 68 MAP 2022 |
| Appellee | : | |
| v. | : | |
| STROUD TOWNSHIP, | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of July, 2022, the briefing directives contained in the Court's June 6, 2022 order are hereby **VACATED**, and the parties are **DIRECTED** to address the question presented under the standards announced in *N.Y. Rifle & Pistol Assoc., Inc. v. Bruen*, ___ S.Ct. ___, 2022 WL 2251305 (June 23, 2022).

Justice Brobson did not participate in the consideration or decision of this matter.